UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHASTITY STROZIER,

    Plaintiff,                                  Case No. 3:20-cv-493

vs.

WOODRIDGE HEALTHCARE           District Judge Michael J. Newman
LLC, *et al.*,                                 Magistrate Judge Peter B. Silvain, Jr.

    Defendants.

_____

## ORDER DIRECTING DEFENDANTS TO FILE STATUS REPORT ON OR BEFORE JULY 1, 2025

_____

On June 2, 2023, this Court ordered Defendants to file a status report on June 16, 2023, then every six months thereafter to provide an update on the bankruptcy proceedings.  Doc. No. 25.  Defendants filed a status report on December 18, 2024.  Doc. No. 29.  Defendants have not filed the status report that was due on June 19, 2025.  *See* Doc. Nos. 25, 29.  This Court **ORDERS** Defendants to file the status report by **July 1, 2025** and continue to file status reports every six months starting from the original June 19, 2025 date until the bankruptcy proceedings are resolved.  This means the next status report will be due on **December 19, 2025**.

    **IT IS SO ORDERED.**

June 25, 2025                                                    s/*Michael J. Newman*
                                                                         Hon. Michael J. Newman
                                                                         United States District Judge