UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHASTITY STROZIER,

    Plaintiff,

vs.

WOODRIDGE HEALTHCARE LLC, *et al.*,

    Defendants.

Case No. 3:20-cv-493

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER DIRECTING DEFENDANTS TO FILE STATUS REPORT ON OR BEFORE FEBRUARY 6, 2026**

---

On June 2, 2023, this Court ordered Defendants to file a status report on June 16, 2023, then every six months thereafter to provide an update on the bankruptcy proceedings. Doc. No. 25. Defendants last filed a status report on July 1, 2025. Doc. No. 31. Defendants have not filed the status report that was due on December 16, 2025. *See* Doc. No. 25. This Court **ORDERS** Defendants to file the status report by **February 6, 2026** and continue to file status reports every six months starting from the original June 16, 2025 date until the bankruptcy proceedings are resolved. This means the next status report will be due on **June 16, 2026**.

    **IT IS SO ORDERED.**

January 30, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge